Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  25−14517−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    James Allen Stewart
    24 Lewis Street
    Phillipsburg, NJ 08865

Social Security No.:
    xxx−xx−2071

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

      NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 5, 2025.

Dated: September 5, 2025
JAN: rms

                                 Jeanne Naughton
                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 25-14517-CMG

James Allen Stewart                                                                          Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                                Page 1 of 4

Date Rcvd: Sep 05, 2025                   Form ID: plncf13                                    Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Allen Stewart, 24 Lewis Street, Phillipsburg, NJ 08865-2908 |
| 520638006 | + | SLPG c/o, Medical Revenue Service, PO BOx 1149, Sebring, FL 33871-1149 |
| 520638004 | | Santander Bank, Attn: Bankruptcy, Ma1-Mb3-01-09 Pob 841002, Boston, MA 02284 |
| 520638007 | + | St. Luke's Hospital, 185 Roseberry Street, Phillipsburg, NJ 08865-1690 |
| 520638013 | | St. Lukes Hospital, 118 Lukens Drive Edge Park, New Castle, DE 19720 |
| 520638014 | + | St. Lukes Hospital, P.O. Box 3472, New York, NY 10008-3472 |
| 520638012 | + | St. Lukes Hospital, P.O. Box 630868, Cincinnati, OH 45263-0868 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 05 2025 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 05 2025 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520637967 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 05 2025 21:17:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520637968 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 05 2025 21:17:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 520637969 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 05 2025 21:59:54 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520637970 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 05 2025 21:35:22 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520724935 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 05 2025 22:47:17 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520637973 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 05 2025 22:47:30 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520637971 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 05 2025 21:45:48 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520637975 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 05 2025 21:18:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 520637976 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 05 2025 21:18:00 | Comenity/Big Lots, Po Box 182120, Columbus, OH 43218-2120 |
| 520637977 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 05 2025 21:18:00 | Comenity/Wyndham, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

| 520637978 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 05 2025 21:18:00 | Comenity/Wyndham, Po Box 182120, Columbus, OH 43218-2120 |
| 520637980 | + | Email/Text: bankruptcy@consumerportfolio.com | Sep 05 2025 21:18:00 | Consumer Portfolio Services, Inc., 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 520637979 | + | Email/Text: bankruptcy@consumerportfolio.com | Sep 05 2025 21:18:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57011, Irvine, CA 92619-7071 |
| 520637981 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 05 2025 21:35:05 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520637982 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 05 2025 21:34:20 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520637987 | | Email/Text: bankruptcy@dcu.org | Sep 05 2025 21:19:00 | Digital Federal Credit Union, 220 Donald Lynch Blvd, Marlborough, MA 01752 |
| 520637983 | | Email/Text: bankruptcy@dcu.org | Sep 05 2025 21:19:00 | Digital Federal Credit Union, Attn: Bankruptcy, Po Box 9130, Marlborough, MA 01752 |
| 520646337 | | Email/Text: mrdiscen@discover.com | Sep 05 2025 21:16:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520637992 | + | Email/Text: mrdiscen@discover.com | Sep 05 2025 21:16:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520637991 | + | Email/Text: mrdiscen@discover.com | Sep 05 2025 21:16:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520637993 | | Email/Text: bankruptcycourts@equifax.com | Sep 05 2025 21:17:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 520637994 | | Email/Text: bankruptcycourts@equifax.com | Sep 05 2025 21:17:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 520637995 | ^ | MEBN | Sep 05 2025 21:14:55 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520637996 | ^ | MEBN | Sep 05 2025 21:14:28 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 520637997 | + | Email/Text: bankruptcy@greenskycredit.com | Sep 05 2025 21:18:00 | GreenSky, Attn: Bankruptcy, 5565 Glenridge Connector Suite #700, Atlanta, GA 30342-4796 |
| 520637998 | + | Email/Text: bankruptcy@greenskycredit.com | Sep 05 2025 21:18:00 | GreenSky, 5565 Glenridge Connector, Atlanta, GA 30342-4796 |
| 520693310 | | Email/Text: bankruptcy@greenskycredit.com | Sep 05 2025 21:18:00 | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 520637999 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 05 2025 21:17:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520702329 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 05 2025 21:58:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520638001 | ^ | MEBN | Sep 05 2025 21:15:42 | Liberty Savings FCU, 666 Newark Ave, Jersey City, NJ 07306-2398 |
| 520638000 | ^ | MEBN | Sep 05 2025 21:15:43 | Liberty Savings FCU, Attn: Bankruptcy, 666 Newark Ave, Jersey City, NJ 07306-2398 |
| 520638003 | + | Email/Text: BKMAIL@planethomelending.com | Sep 05 2025 21:17:00 | Planet Home Lending, LLC, 10 Research Pkwy, Wallingford, CT 06492-1963 |
| 520724382 | + | Email/Text: BKMAIL@planethomelending.com | Sep 05 2025 21:17:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520638002 | + | Email/Text: BKMAIL@planethomelending.com | Sep 05 2025 21:17:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 520638015 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 05 2025 21:16:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: plncf13 | Total Noticed: 54 |

|  |  |  |  | NJ 08695-0245 |
|---|---|---|---|---|
| 520638005 | + | Email/Text: DeftBkr@santander.us | Sep 05 2025 21:18:00 | Santander Bank, Po Box 841002, Boston, MA 02284-1002 |
| 520638009 | ^ | MEBN | Sep 05 2025 21:16:47 | St. Luke's University Health Network, PO Box 604152, Charlotte, NC 28260-4152 |
| 520638011 | ^ | MEBN | Sep 05 2025 21:14:07 | St. Luke's University Health Network, 801 Ostrum Street, Bethlehem, PA 18015-1000 |
| 520638017 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 05 2025 21:34:43 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520638018 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 05 2025 21:34:08 | Synchrony Bank/TJX, Po Box 71737, Philadelphia, PA 19176-1737 |
| 520638016 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 05 2025 21:34:07 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 520638020 | + | Email/Text: bncmail@w-legal.com | Sep 05 2025 21:17:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520638021 | + | Email/Text: bncmail@w-legal.com | Sep 05 2025 21:17:00 | Target NB, Po Box 673, Minneapolis, MN 55440-0673 |
| 520638022 | ^ | MEBN | Sep 05 2025 21:14:42 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 520638023 | ^ | MEBN | Sep 05 2025 21:14:06 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520637974 | *+ | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520637972 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520637988 | *P++ | DIGITAL FEDERAL CREDIT UNION, 220 DONALD LYNCH BLVD, MARLBOROUGH MA 01752-4708, address filed with court:, Digital Federal Credit Union, 220 Donald Lynch Blvd, Marlborough, MA 01752 |
| 520637989 | *P++ | DIGITAL FEDERAL CREDIT UNION, 220 DONALD LYNCH BLVD, MARLBOROUGH MA 01752-4708, address filed with court:, Digital Federal Credit Union, 220 Donald Lynch Blvd, Marlborough, MA 01752 |
| 520637990 | *P++ | DIGITAL FEDERAL CREDIT UNION, 220 DONALD LYNCH BLVD, MARLBOROUGH MA 01752-4708, address filed with court:, Digital Federal Credit Union, 220 Donald Lynch Blvd, Marlborough, MA 01752 |
| 520637984 | *P++ | DIGITAL FEDERAL CREDIT UNION, 220 DONALD LYNCH BLVD, MARLBOROUGH MA 01752-4708, address filed with court:, Digital Federal Credit Union, Attn: Bankruptcy, Po Box 9130, Marlborough, MA 01752 |
| 520637985 | *P++ | DIGITAL FEDERAL CREDIT UNION, 220 DONALD LYNCH BLVD, MARLBOROUGH MA 01752-4708, address filed with court:, Digital Federal Credit Union, Attn: Bankruptcy, Po Box 9130, Marlborough, MA 01752 |
| 520637986 | *P++ | DIGITAL FEDERAL CREDIT UNION, 220 DONALD LYNCH BLVD, MARLBOROUGH MA 01752-4708, address filed with court:, Digital Federal Credit Union, Attn: Bankruptcy, Po Box 9130, Marlborough, MA 01752 |
| 520638008 | *+ | St. Luke's Hospital, 185 Roseberry Street, Phillipsburg, NJ 08865-1690 |
| 520638010 | * | St. Luke's University Health Network, PO Box 604152, Charlotte, NC 28260-4152 |
| 520638019 | *+ | Synchrony Bank/TJX, Po Box 71737, Philadelphia, PA 19176-1737 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0312-3                                   User: admin                                       Page 4 of 4
Date Rcvd: Sep 05, 2025                          Form ID: plncf13                              Total Noticed: 54

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| David G. Beslow | on behalf of Debtor James Allen Stewart yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor PLANET HOME LENDING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4